BRUCE E. H. JOHNSON (State Bar No. 159927)
    brucejohnson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Avenue, Suite 2200
Seattle, Washington  98101
Telephone:    (206) 622-3150
Facsimile:    (206) 757-7700

THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:    (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Defendant
AVVO, INC.

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON H. DARSKY, On Behalf of Himself and All Others Similarly Situated,<br><br>            Plaintiff,<br><br>     v.<br><br>AVVO, INC.,<br><br>            Defendant. | Case No.3:15-cv-05495-HSG<br><br>**DEFENDANT AVVO, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-15] |

DAVIS WRIGHT TREMAINE LLP

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| | |
|---|---|
| Aaron H. Darsky | Plaintiff |
| Avvo, Inc. | Defendant |
| Aspen Insurance | Insurer |

Dated:  February 1, 2016

DAVIS WRIGHTTREMAINE LLP
BRUCE E. H. JOHNSON
THOMAS R. BURKE
NICOLAS A. JAMPOL
DIANA PALACIOS

By:    /s/ Bruce E. H. Johnson
            Bruce E. H. Johnson

Attorneys for Defendant
AVVO, INC.