Roy A. Katriel (State Bar No. 265463)
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Email: rak@katriellaw.com

Attorneys for Plaintiff
AARON H. DARSKY

BRUCE E. H. JOHNSON (State Bar No. 159927)
    brucejohnson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Avenue, Suite 2200
Seattle, Washington 98101
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700

THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599

Attorneys for Defendant
AVVO, INC.

# IN THE UNITED STATES DISTRICT COURT
## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON H. DARSKY, On behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AVVO, INC.,<br><br>Defendant. | Case No. 3:15-cv-05495-HSG<br><br>**JOINT STIPULATION REGARDING DISMISSAL OF ALL CLAIMS WITH PREJUDICE** |

JOINT STIPULATION REGARDING DISMISSAL OF ALL CLAIMS
Case No. 3:15-cv-05495
DWT 29740943v1 0084269-000012

Defendant AVVO, INC. ("Avvo") and Plaintiff AARON H. DARSKY ("Plaintiff"), through their respective counsel of record in the above-captioned action, agree and stipulate that Plaintiff's claims asserted against Avvo shall be dismissed with prejudice. Avvo's claim of entitlement to fees pursuant to its Anti-SLAPP Special Motion to Strike the Complaint has been discharged by Plaintiff. Accordingly, the parties respectfully request that the Court enter an order dismissing Plaintiff's claims with prejudice.

**IT IS SO STIPULATED.**

Dated: July 26, 2016

THE KATRIEL LAW FIRM
ROY A. KATRIEL

By: _____
Roy A. Katriel

Attorneys for Defendant
AARON H. DARSKY

Dated: July 26, 2016

DAVIS WRIGHT TREMAINE LLP
BRUCE E. H. JOHNSON
THOMAS R. BURKE
NICOLAS A. JAMPOL
DIANA PALACIOS

By: _____
Nicolas A. Jampol

Attorneys for Defendant
AVVO, INC.