Roy A. Katriel (State Bar No. 265463)
**THE KATRIEL LAW FIRM**
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Email: rak@katriellaw.com

Attorneys for Plaintiff
AARON H. DARSKY

BRUCE E. H. JOHNSON (State Bar No. 159927)
    brucejohnson@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1201 3rd Avenue, Suite 2200
Seattle, Washington 98101
Telephone:   (206) 622-3150
Facsimile:   (206) 757-7700

THOMAS R. BURKE (State Bar No. 141930)
    thomasburke@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
    nicolasjampol@dwt.com
DIANA PALACIOS (State Bar No. 290923)
    dianapalacios@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
505 Montgomery Street, Suite 800
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599

Attorneys for Defendant
AVVO, INC.

**IN THE UNITED STATES DISTRICT COURT**

**THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON H. DARSKY, On behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AVVO, INC.,<br><br>    Defendant. | Case No. 3:15-cv-05495-HSG<br><br>**ORDER DISMISSING ALL CLAIMS WITH PREJUDICE**<br><br>Date:   March 10, 2016<br>Time:  2:00 p.m.<br>Courtroom:  15 |

**ORDER**

Having considered the joint stipulation filed by Plaintiff Aaron H. Darsky and Defendant Avvo, Inc., the Court hereby dismisses all claims asserted by Plaintiff Aaron Darsky against Defendant Avvo, Inc. in this action with prejudice.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: August 2, 2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP